DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NANCY M. SANTOS DE JESUS,**
Appellant,

v.

**VICTOR M. SANTOS,**
Appellee.

No. 4D22-763

[August 24, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE18-22223.

Douglas C. Hiller of Hiller Law P.A., Coral Gables, for appellant.

Joseph S. Hughes of The Law Offices of Joseph Hughes P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***